UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 19-CR-28(SRN/BRT)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUSTUS DAVID BRUESTLE,

    Defendant.

**ORDER GRANTING GOVERNMENT'S MOTION FOR ADDITIONAL TIME TO FILE SENTENCING POSITION PLEADING**

This matter is before the Court on the Government's Motion for Additional Time to File its Sentencing Position Pleading to through and including AUGUST 23, 2019.

The Court has reviewed that Motion, as well as the record, and hereby GRANTS the Government's Motion.

Accordingly, the parties' Sentencing Position Pleadings shall be due on August 23, 2019. SO ORDERED this 16th day of July, 2019.

    s/Susan Richard Nelson
    SUSAN RICHARD NELSON
    United States District Court Judge